AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTOPHER D. COBB,

Petitioner.

v.

JEFFRY FIKES,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:23-cv-8

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Order dated March 30, 2026, the Magistrate Judge's Report and Recommendation, as supplemented, is adopted as the opinion of the Court. Therefore, Respondent's motion to dismiss is granted, and Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice. Additionally, Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

March 31, 2026
_____
Date

John E. Triplett, Clerk of Court
_____
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020